# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WILLIAM JOSEPH NEWMAN**  **PLAINTIFF**
**ADC #651574**

v.  Case No. 4:21-cv-00062-LPR-JJV

**TURN KEY HEALTH SERVICES,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 6). No objections have been filed. After careful consideration of the Proposed Findings and Recommendations and of the entire record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's official capacity claims are dismissed without prejudice.

2. Plaintiff's claims against Defendants Shane Jones, Blake Wilson, the Doe Jail Administrator, and Turn Key are dismissed without prejudice.

3. Defendants Shane Jones, Blake Wilson, the Doe Jail Administrator, and Turn Key are dismissed from this lawsuit.

4. Plaintiff's negligence claims are dismissed without prejudice.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these Recommendations would not be taken in good faith.

DATED this 14th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE