# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM JOSEPH NEWMAN**  PLAINTIFF
**ADC #651574**

v.  Case No. 4:21-CV-00062-LPR-JJV

**TURN KEY HEALTH SERVICES,** *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("PFR") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time to do so has expired. After a careful and de novo review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Amended Complaint (Doc. 4) be DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE