## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WILLIAM JOSEPH NEWMAN**                                              **PLAINTIFF**
**ADC #651574**

**v.**                          **Case No. 4:21-CV-00062-LPR-JJV**

**TURN KEY HEALTH SERVICES,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and previous Orders in this case, it is considered, ordered, and adjudged that Plaintiff William Joseph Newman's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE